December 20, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

ROSSCER CRAIG TUCKER, II, Appellant

NO. 14-09-01081-CV            V.

LIZABETH THOMAS, Appellee
_____

This cause, an appeal from the trial court's order signed October 2, 2009, was heard on the transcript of the record. We **REVERSE** the portions of the trial court's order dealing with appellee LIZABETH THOMAS'S attorney's fees or the trial court's order that appellant ROSSCER CRAIG TUCKER, II pay these attorney's fees, and we order these portions severed and **REMANDED** for proceedings in accordance with this court's opinion. Further, we find no error in the remainder of the order and order it **AFFIRMED**. For good cause, we order both appellant ROSSCER CRAIG TUCKER, II and appellee LIZABETH THOMAS to pay one-half of all costs incurred in this appeal. We further order this decision certified below for observance.